OCTOBER 20, 1947.

*Per Curiam Decisions.*

No. 1. SECURITIES & EXCHANGE COMMISSION *v.* EN-GINEERS PUBLIC SERVICE CO. ET AL.; and

No. 2. ENGINEERS PUBLIC SERVICE CO. ET AL. *v.* SECU-RITIES & EXCHANGE COMMISSION.

Argued November 15, 16, 1945. Decided October 20, 1947. *Per Curiam:* The judgment of the United States Court of Appeals for the District of Columbia is vacated and the cases are remanded to that court with directions to dismiss the petition for review as moot, on joint motion of counsel for the parties. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS took no part in the consideration or decision of these cases. *Milton V. Freeman* argued the cause for the Securities & Exchange Commission. With him on the brief were *J. Howard McGrath,* then Solicitor General, *Paul A. Freund, Roger S. Foster* and *Louis Loss. William E. Tucker* and *T. Justin Moore* argued the cause for respondents in No. 1 and petitioners in No. 2. With them on the brief were *Paul Duryea Miller* and *George D. Gibson. Allen E. Throop* and *Carlos L. Israels* filed a brief for Driscoll et al., as *amici curiae,* urging reversal. *Solicitor General Perlman* was also on the joint motion of counsel for the parties to vacate the judgment below.